UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-25-1

JUN 2 2026 PM 2:04
FILED-USDC-CT-NEW HAVEN

FTL Case Number26-MJ-6312-PAB
Defendant Roshaun Thompson

UNITED STATES OF AMERICA

v.

AALIYAH MAYNE,
ONAJE CHEVERS,

COURTNEY REYNOLDS, and
ROSHAUN THOMPSON

CRIMINAL NO. 3:26CR/०4 (ノハ3)(ՏᲝᲛ)

VIOLATIONS:

18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud)
18 U.S.C. § 1341 (Mail Fraud)
18 U.S.C. § 1343 (Wire Fraud)
18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering)

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Commit Mail and Wire Fraud)

At all times relevant to this Indictment:

1. Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮

2. Defendant AALIYAH MAYNE ("MAYNE") was a citizen of Jamaica living in Boca Raton and Dania Beach, Florida.

3. Defendant ONAJE CHEVERS ("CHEVERS") was a citizen of Jamaica living in Boca Raton and Dania Beach, Florida.

4. Defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮

5. Defendant COURTNEY REYNOLDS ("REYNOLDS") was a citizen of Jamaica living in Florida.

6. Defendant ROSHAUN THOMPSON ("THOMPSON") was a citizen of the United States living in Ft. Lauderdale, Florida.

7. Telephone number (516) 246-6261 ("Telephone 1") was a Google Voice number belonging to the Google email address monaelove201@gmail.com, which was an account created in or around April 2022. As described below, Telephone 1 was used to contact elderly individuals located in the United States.

8. Christenshe@gmail.com was a Google email address used to correspond with elderly victims as part of the scheme to defraud and with AmeriList, a provider of targeted mailing, telemarketing, and email lists. The Christenshe@gmail.com account was created in or around April 2022.

### The Conspiracy

9. Beginning in or before April 2022, and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, ███████, MAYNE, CHEVERS, ████████████, REYNOLDS, and THOMPSON ("DEFENDANTS"), knowingly and with the specific intent to defraud, did combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

10. The object and purpose of the conspiracy was for DEFENDANTS and others, known and unknown, to enrich themselves by knowingly devising and intending to devise a scheme to defraud others and to obtain money and property directly from victims and by diverting their Social Security benefits by means of materially false and fraudulent pretenses, representations, and promises, and to use both the mail and interstate wires in execution of that scheme.

2

## Manner and Means of the Scheme and Conspiracy

11.     It was part of the scheme that DEFENDANTS and their coconspirators, known and unknown, engaged in a scheme to defraud elderly individuals located throughout the United States, including in the District of Connecticut.

12.     It was further part of the scheme that DEFENDANTS and their coconspirators purchased and caused to be purchased lists of elderly individuals located throughout the United States, including in the District of Connecticut, which included information about those elderly individuals such as their addresses and phone numbers. For example:

    a.  On or about February 7, 2023, ███████████ wired $2,750 from a Wells Fargo ████████████████████████████████████████ ██████████ to AmeriList. The order requested "65+ in the US run a 50,000 sample."

    b.  On or about November 30, 2023, REYNOLDS wired $1,925 from a Bank of America Account ending in 3853 maintained in the name of "Courtney J. Reynolds, ITF Dean S. Reynolds" ("Reynolds BOA 3853 Account") to AmeriList. On or about November 30, 2023, REYNOLDS emailed AmeriList asking, "Do y'all recycle data? 14477 contacts from the new list already existed on my automated dialer from previous data I purchased."

13.     It was further part of the scheme that DEFENDANTS and their coconspirators purchased and caused to be purchased, and used and caused to be used, auto dialer equipment and software, to automatically dial the phone numbers on the lists they purchased, connecting calls between potential victims and members of the conspiracy.

14.     It was further part of the scheme that victims were falsely informed that they had won a sweepstakes prize to deceive these individuals into paying fees and taxes supposedly required to obtain their purported prize. DEFENDANTS and their coconspirators directed victims to pay the purported taxes and fees by (i) sending checks, money orders, and cash to specific addresses via mail; (ii) depositing money directly into bank accounts DEFENDANTS controlled; (iii) and purchasing jewelry, iPhones, and other items and mailing those items to DEFENDANTS. DEFENDANTS knew that the victims had won no sweepstakes prize and owed no fees. DEFENDANTS kept the money and items sent by victims for their personal use.

15.     It was further part of the scheme that DEFENDANTS falsely told victims that they were required to provide their Personally Identifiable Information ("PII") to claim their prize.

16.     It was further part of the scheme that DEFENDANTS and their coconspirators gained access to victims' bank and credit card accounts. DEFENDANTS used these victim accounts to pay for personal expenses.

17.     For example, DEFENDANTS fraudulently obtained money from the following victims in the following manner:

Victim A.P.

18.     A victim referred to here by the initials "A.P.," whose identity is known to the Grand Jury, was a male resident of Connecticut.

19.     A.P. was a victim of DEFENDANTS' Publishers Clearing House ("PCH") sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around early 2023, A.P. was contacted by a coconspirator claiming to be "Dave Sayer" or "Dave" acting on behalf of PCH (the "PCH Caller"). The PCH Caller falsely claimed that A.P. had won the PCH sweepstakes and would

4

receive his prize if he paid fees owed to the Internal Revenue Service ("IRS"). The PCH Caller also sent numerous emails and text messages to A.P., purportedly on behalf of PCH.

20.     After convincing A.P. that he was a winner, the PCH Caller provided A.P. with detailed instructions as to how he should make payments to receive his prize. These payment methods included cash, check, wire transfers, money orders, and merchant purchases. For example, at the direction of the PCH Caller, A.P. made the following payments for the benefit of the DEFENDANTS:

a. On or about January 12, 2023, A.P. wired $30,150.45 to a Bank of America account with account number ending in 7953 maintained in the name of ██████████

██████████████████

b. On or about January 30, 2023, A.P. withdrew $30,250.95 via an official bank check payable to "Courtney Reynolds." On or about January 31, 2023, A.P. deposited the check into the Reynolds BOA 3853 Account.

c. On or about February 21, 2023, A.P. withdrew $15,250.45 via a cashier's check payable to "Courtney Reynolds." That same day, A.P. deposited the check into the Reynolds BOA 3853 Account.

21.     The PCH caller also directed A.P. to wire money to AmeriList for the benefit of the DEFENDANTS. Between on or about February 23, 2023 and on or about February 7, 2024, A.P. wired approximately $40,458 to AmeriList on behalf of the account associated with the email address christenshe@gmail.com for data sets containing contact information of individuals over the age of 65.

22.     The PCH caller also directed A.P. to purchase thousands of dollars of jewelry and other items on behalf of coconspirators and mail the items to DEFENDANTS, including:

a. Between on or about March 28, 2023 and on or about August 1, 2023, A.P. mailed at least two packages to REYNOLD's address in Miami, Florida.

b.  On or about June 8, 2023, A.P. mailed a package addressed to THOMPSON at his Fort Lauderdale, Florida, address.

c.  Between on or about September 14, 2023 and on or about November 2, 2023, A.P. mailed at least eight packages addressed to MAYNE to an international shipping hub located in Miami, Florida. On or about November 13, 2024, A.P. mailed a package to MAYNE at her address in Dania Beach, Florida.

d.  Between on or about September 15, 2023 and on or about December 18, 2023, A.P. mailed at least five packages to ██████████████████████ ████████

23.  A.P. also communicated with the PCH Caller via the email address christenshe@gmail.com. For example:

a.  On or about January 11, 2023, A.P. emailed a copy of his driver's license and credit cards.

b.  On or about March 2, 2023 and on or about March 3, 2023, A.P. emailed copies of wire instructions for $22,450 and $18,000, respectively, from his bank account to a Miami, Florida, jeweler.

c.  On or about April 17, 2023, A.P. emailed a copy of wire instructions for $4,000 from his bank account to Voxtelesys, a telecommunications services provider.

d.  On or about October 18, 2023, A.P. emailed a copy of wire instructions for $4,894 from his bank account to AmeriList.

e.  On or about April 1, 2024, A.P. emailed a document which stated, "Someone try to make a payment for me at Barclays and it was returned. I think the only way we

6

will be able to pay off these cards is by you or Andre mailing me a Cashier's Check in my name so I will be able to them off! Help!"

24. The PCH Caller also told A.P. that he was part of a "sponsor program" comprised of other winners advancing money for fees that needed to pay to receive prize money. After A.P. received checks from other victims, the PCH Caller directed A.P. to deposit the checks into his account and withdraw the money in various ways to send to DEFENDANTS.

## Victim W.H.

25. A victim referred to here by the initials "W.H.," whose identity is known to the Grand Jury, was a male resident of California.

26. W.H. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or about 2023, the PCH Caller contacted W.H. and falsely claimed that he had won the PCH sweepstakes and would receive his winnings if he made certain purchases and paid fees.

27. Based on the PCH Caller's fraudulent statements:

    a. On or about May 22, 2023, W.H. mailed a $10,000 personal check to A.P. On or about May 23, 2023, A.P. deposited the check into a Chelsea Groton bank account ending in 1757 maintained in the name of A.P. ("A.P. Chelsea Groton 1757 Account").

    b. On or about June 2, 2023, W.H. mailed a $5,000 personal check to A.P. On or about June 5, 2023, A.P. deposited the check into the A.P. Chelsea Groton 1757 Account.

## Victim E.C.

28. A victim referred to here by the initials "E.C.," whose identity is known to the Grand Jury, was a female resident of New Jersey.

7

29.     E.C. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around Spring 2023, the PCH Caller and others contacted E.C. by telephone and falsely claimed that she had won the PCH sweepstakes and would receive the winnings if she paid taxes owed to the IRS.

30.     Based on the DEFENDANTS' fraudulent statements, on or about March 30, 2023, E.C. withdrew $27,800.56 via a personal check payable to A.P. and deposited into a Wells Fargo account ending in 4294 maintained in the name of A.P. ("A.P. WF 4294 Account"). E.C. was told that A.P. was an IRS agent.

31.     On or about April 6, 2023, E.C. received a fraudulent letter dated March 30, 2023, sent from ████████████████████████████ address, purportedly from the IRS requesting the remaining payment of the taxes she owed.

<u>Victim N.M.</u>

32.     A victim referred to here by the initials "N.M.," whose identity is known to the Grand Jury, was a female resident of Connecticut.

33.     N.M. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around Spring 2023, the PCH Caller contacted N.M. and falsely claimed that she had won the PCH sweepstakes and would receive her winnings if she paid taxes owed to the IRS.

34.     The PCH Caller directed N.M. to mail money to A.P. to pay the taxes on her winnings. N.M. mailed several checks to A.P in Connecticut, including on or about March 4, 2023 and on or about March 15, 2023.

35.     On or about March 6, 2023, A.P. deposited a $25,250.45 check from N.M. into a Bank of America account ending in 2433 maintained in the name of A.P. ("A.P. BOA 2433 Account") and

a $19,750.55 check from N.M. into the A.P. WF 4294 Account. On or about March 17, 2024, A.P. deposited a $21,998.80 check from N.M. into the A.P. BOA 2433 Account and a $24,650.95 check from N.M. into the A.P WF 4294 Account. On or about March 18, 2023, A.P. deposited a $23,350.25 check from N.M. into the A.P. BOA 2433 Account. On or about March 30, 2023, A.P deposited a $7,500 check from N.M. into the A.P. WF 4294 Account.

36.     Sometime after the initial payments were made, DEFENDANTS caused a fraudulent letter to be sent in the mail to N.M., which was purportedly from the IRS requesting payment on the remaining taxes she owed.

### Victim C.S.

37.     A victim referred to here by the initials "C.S.," whose identity is known to the Grand Jury, was a male resident of New Jersey.

38.     C.S. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around Spring 2024, the PCH Caller contacted C.S. and falsely claimed that he had won the PCH sweepstakes and would receive his winnings if he paid taxes and fees.

39.     The PCH Caller used Telephone 1 to call and send text messages to C.S. For example:

    a. On or about June 8, 2024, C.S. received text messages asking for a photograph of his driver's license to be sent to rrea307@gmail.com, an email connected to Western Union transactions in the name of CHEVERS.

    b. On or about July 1, 2024, C.S. received a text message directing C.S. to overnight express mail a blank $500 money order to Voicent in California. Voicent was a cloud-based communications and software platform, with automated voice, text, and email services.

c. On or about July 5, 2024, C.S. received a text message stating, "The Publishers Clearing House has created a payment plan for you to finish paying the federal taxes on the cash award that you will be receiving."

d. On or about July 15, 2024, C.S. received a text message directing him, "Put both phones in a small box. Take it to the FedEx and mail it to this address: [victim W.H.] ███████████████████████."

e. On or about July 22, 2024, C.S. received a text message directing C.S. to get a money order and deposit it in the ██████████████.

40. Based on fraudulent statements made by the PCH caller, C.S. engaged in several transactions, including:

a. On or about May 28, 2024, C.S. withdrew $2,500 via official check payable to ████████████ On or about May 28, 2024, C.S. deposited this check into the ████████████████

b. On or about July 22, 2024, C.S. deposited a money order for $750 into the █████ ████████████

c. On or about August 27, 2024, C.S. withdrew $3,000 via official check payable to ████████████ On or about August 27, 2024, C.S. deposited this check into ████████████████

d. On or about October 17, 2024, C.S. withdrew $4,965.25 via an official check payable to ████████████." On or about October 17, 2024, C.S. deposited this check and three postal money orders totaling $2,200 into the ████████████ ██████

e. On or about October 23, 2024, C.S. withdrew $9,996.80 via official check payable to "Roshaun Thompson." That same day, C.S. deposited this check into a TD Bank account ending in 0713 maintained in the name of "Roshaun Thompson" ("Thompson TD 0713 Account").

41. C.S. was also told by the PCH Caller that he was part of a "sponsor program," which was comprised of other winners fronting money for required fees to receive prize money.

Victim D.T.T.

42. A victim referred to here by the initials "D.T.T.," whose identity is known to the Grand Jury, was a female resident of Minnesota.

43. D.T.T. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around November 2023, the PCH contacted D.T.T. by mail and telephone and falsely claimed that she had won the PCH sweepstakes and would receive her winnings if she paid certain taxes and fees. For example, on or about November 24, 2023, D.T.T. received a text message from Telephone 1 stating, "This is the Publishers Clearing House text alert system. For your eyes only, here is a photograph of your cashiers check of the grand prize cash award for One Million Dollars. The deposit was made at Old National Bank and the funds will be available for withdrawal as soon as the federal taxes are cleared."

44. Based on fraudulent statements made by the PCH Caller, D.T.T. engaged in several transactions, including:

a. On or about November 16, 2023, D.T.T. mailed to A.P. a $8,000 personal check payable to A.P. On or about November 20, 2023, A.P. deposited the check into a Navy Federal Credit Union account ending in 1470 maintained in the name of A.P. ("A.P. NFCU 1470 Account").

11

b. On or about November 24, 2023 D.T.T. mailed to A.P. personal checks for $30,000 and $31,000 payable to A.P. On or about November 28, 2023, A.P. deposited the checks into a Berkshire Bank account ending in 0580 maintained in the name of A.P. ("A.P. Berkshire 0580 Account").

c. On or about December 6, 2023, D.T.T. mailed to A.P. a $19,598.80 cashier's check payable to A.P. On or about December 7, 2023, A.P. deposited the check into the A.P. Berkshire 0580 Account.

d. On or about January 19, 2024, D.T.T. deposited a $5,000 personal check into the ▮▮▮▮▮▮▮▮▮▮▮▮

e. On or about January 26, 2024, D.T.T. mailed a $120,000 cashier's check drawn on her bank account to A.P. On or about January 30, 2024, A.P. deposited this check into the Charter Oak Federal Credit Union Account with account number ending in 9670 maintained in the name of A.P. ("A.P. Charter Oak 9670 Account").

f. On or about February 29, 2024, D.T.T. deposited a $15,250.25 personal check into the ▮▮▮▮▮▮▮▮▮▮

### Victims A.A. and K.M.

45. A victim referred to here by the initials "A.A," whose identity is known to the Grand Jury, was a male resident of Maryland.

46. A victim referred to here by the initials "K.M.," whose identity is known to the Grand Jury, was a male resident of California.

47. A.A and K.M. were victims of DEFENDANTS' PCH sweepstakes scam.

48. It was part of DEFENDANTS' scheme that the PCH Caller contacted A.A. and his wife and falsely claimed that they had won $1 million and needed to send money before collecting

their prize. The PCH Caller used A.A.'s credit card information to purchase items delivered to A.A. At the direction of the PCH Caller, A.A. would then mail such items for the benefit of the DEFENDANTS as directed by the PCH Caller. At least four cashier's checks from A.A. were deposited into the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and one official check from A.A. was deposited into a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ Between in or around October 2024 and in or around September 2025, A.A. sent at least twenty packages to MAYNE's and CHEVER's Dania, Florida, address—often addressed to "Fashion Nova Ambassador" or "Shein Ambassador"—and two packages to REYNOLDS's Miami, Florida, address—addressed to "Shein Ambassador."

49.     It was part of DEFENDANTS' scheme that, in or around Summer 2025, the PCH Caller contacted K.M. and falsely claimed that he had won the PCH sweepstakes and would receive his winnings if he paid certain expenses. At the direction of the PCH Caller, in or around July 2025, K.M. mailed checks to others, including to A.A. At the PCH Caller's direction, K.M. also mailed two checks to M.C., a resident of Connecticut whose identity is known to the Grand Jury, who purchased postal money orders that were deposited into bank accounts controlled by MAYNE and CHEVERS:

      a.   On or about July 22, 2025, $2,000 in postal money orders were deposited into a TD Bank account ending in 5830 in the name of "Aaliyah Moesha Mayne" ("Mayne TD 5830 Account").

      b.   On or about October 20, 2025, $2,000 in postal money order was deposited into a TD Bank account ending in 8081 in the name of Wealthy Extensions ("Wealthy Extensions TD 8081 Account"), a business controlled by MAYNE.

      c.   In or around February 2026, $1,730 in postal money orders were deposited into a TD Bank account ending in 2971 in the name of "Onaje Richard-roy Chevers,"

13

$1,000 in postal money order was deposited into the Mayne TD 5830 Account, and $1,370 in postal money orders were deposited into the Wealthy Extensions TD 8081 Account.

### Victim N.J.

50.     A victim referred to here by the initials "N.J." whose identity is known to the Grand Jury, was a female resident of Massachusetts.

51.     N.J. was a victim of DEFENDANTS' PCH sweepstakes scam. It was part of DEFENDANTS' scheme that, in or around February 2025, the PCH Caller and other coconspirators also purportedly acting on behalf of PCH contacted N.J. in person and by telephone. These coconspirators falsely claimed that N.J. had won the PCH sweepstakes and needed to provide her financial records to receive her winnings, which she did. These coconspirators also told N.J. to send payments to children requiring assistance and items to various people, including A.A, and "Fashion Nova Ambassador" at REYNOLDS's address.

52.     On or about March 25, 2025, N.J. received a package that contained several items of designer clothing purchased using N.J.'s credit card. The PCH Caller instructed N.J. to send the package to Fashion Nova Ambassador at REYNOLD's address.

53.     On or about February 18, 2025 and on or about February 20, 2025, N.J.'s personal checks for $5,000 and $9,520.10, respectively, were deposited into the ▮▮▮▮▮▮▮▮ Account, in Hollywood, Florida. On or about February 24, 2025 and on or about February 25, 2025 two of N.J.'s personal checks, each for $5,000, were deposited into the Thompson TD 0713 Account by mobile deposit.

14

Sponsors Program

54.    As described above, it was further part of DEFENDANTS' scheme that victims were falsely told that, as part of a purported "sponsors program," other PCH sweepstakes winners were advancing them money to pay the fees needed to receive their prize money. However, these "sponsors" actually were victims who, at the direction of the PCH Caller, forwarded money to other victims or to DEFENDANTS.

55.    For example, the PCH Caller falsely claimed that A.P. was part of the sponsors program. On or about January 29, 2024, the PCH Caller emailed A.P. using the email address pchprizepatrolmember@gmail.com, stating that $1,000,000 was deposited into A.P. Charter Oak 9670 Account, but was on hold until A.P. deposited a "sponsorship cashier's check of $120,0000" to the same account. On or about January 30, 2024, A.P. deposited a $120,000 check from D.T.T., and at the direction of the PCH Caller, withdrew $94,000 in cash and deposited almost $20,000 via two cashier's checks into the ██████████████████. A.P. received almost $1 million in checks from other victims.

Diversion of Social Security Benefits

56.    It was further part of the DEFENDANTS' PCH sweepstakes scheme that DEFENDANTS or their coconspirators opened Green Dot accounts in the name of victims and then used victims' PII to cause their Social Security benefits to be diverted to these accounts. DEFENDANTS used this money for personal expenses. For example:

57.    In or around May 2023, a coconspirator opened a Green Dot account in the name of A.P. Then, coconspirators diverted Social Security benefits of other victims, including victim W.H., to this Green Dot account.

15

58.     On or about October 18, 2023, a coconspirator opened a Green Dot account in the name of W.H., using the email address rrea307@gmail.com, an email connected to Western Union transactions in the name of "Onaje Chevers." Then, coconspirators diverted Social Security benefits of W.H. and other victims to this account.

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH SIX
(Mail Fraud)

59.     Paragraphs 1 through 58 are incorporated by reference.

60.     From in or around April 2022 and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, the Defendants ███████████, AALIYAH MAYNE, ONAJE CHEVERS, ███████████, COURTNEY REYNOLDS, and ROSHAUN THOMPSON, knowingly and with the specific intent to defraud, did devise and intend to devise a scheme and artifice to defraud others and obtain money and property of others by means of materially false and fraudulent pretenses, representations, and promises, that is, by inducing people to send money through sweepstakes scams, as described above.

61.     On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice, ███████, MAYNE, CHEVERS, ███████, REYNOLDS, and THOMPSON knowingly caused to be delivered by mail and private and commercial interstate carrier the following matters, each of which is a separate count of this Indictment:

| Count | Approximate Date | Means of Delivery | Matter |
|---|---|---|---|
| 2 | March 4, 2023 | USPS | A package mailed from N.M. in Connecticut to A.P. in Connecticut. |

16

| Count | Approximate Date | Means of Delivery | Matter |
|-------|------------------|-------------------|--------|
| 3 | March 15, 2023 | USPS | A package mailed from N.M. in Connecticut to A.P. in Connecticut. |
| 4 | June 2, 2023 | FedEx | A package mailed from W.H. in California to A.P. in Connecticut. |
| 5 | November 24, 2023 | FedEx | A package mailed from D.T.T. in Minnesota to A.P. in Connecticut. |
| 6 | December 6, 2023 | FedEx | A package mailed from D.T.T. in Minnesota to A.P. in Connecticut. |

All in violation of Title 18, United States Code, Section 1341.

COUNTS SEVEN THROUGH TEN
(Wire Fraud)

62. Paragraphs 1 through 58 are incorporated by reference.

63. From in or around April 2022 and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, the Defendants ███████████, AALIYAH MAYNE, ONAJE CHEVERS, ███████████, COURTNEY REYNOLDS, and ROSHAUN THOMPSON, knowingly and with the specific intent to defraud, did devise and intend to devise a scheme and artifice to defraud others and to obtain money and property of others by means of materially false and fraudulent pretenses, representations, and promises, that is, by inducing people to send money through sweepstakes scams, as described above.

64. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the scheme and artifice, ███████, MAYNE, CHEVERS, ███████████, REYNOLDS, and THOMPSON did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain writings,

17

signs, signals, pictures, and sounds, as set forth below, each such use of the wires constituting a separate count of this Indictment:

| Count | Approximate Date | Description of the use of the interstate wires |
|---|---|---|
| 7 | February 21, 2023 | Deposit in Connecticut of a $15,250.45 cashier's check into the Reynolds BOA 3853 Account. |
| 8 | March 6, 2023 | Deposit in Connecticut of a $25,250.45 personal check from N.M. into the A.P. BOA 2433 Account. |
| 9 | May 23, 2023 | Deposit in Connecticut of a $10,000 personal check from W.H. into the A.P. Chelsea Groton 1757 Account. |
| 10 | October 18, 2023 | A.P. email to christenshe@gmail.com including scanned copy of the request for a wire transfer to AmeriList for $4,894. |

All in violation of Title 18, United States Code, Section 1343.

COUNT ELEVEN
(Conspiracy to Commit Money Laundering and Illegal Monetary Transactions)

65.    Paragraphs 1 through 58 are incorporated by reference.

The Conspiracy

66.    Beginning in or before April 2022 and continuing through the date of this Indictment, in the District of Connecticut and elsewhere, the Defendants ███████████, AALIYAH MAYNE, ONAJE CHEVERS, ███████████, COURTNEY REYNOLDS, and ROSHAUN THOMPSON did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to commit offenses under Title 18, United States Code, Sections 1956, that is, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, involving the proceeds of specified unlawful activity, that is, mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, respectively, knowing

18

that the property involved in such financial transactions represented the proceeds of some form of unlawful activity, and knowing that such transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Manner and Means of the Conspiracy

67. It was part of the money laundering conspiracy that after proceeds of the mail fraud and wire fraud conspiracy were deposited into bank accounts controlled by individual DEFENDANTS, the money would be transferred to other accounts in their control, other DEFENDANTS, and coconspirators through various means. For example:

    a. From between on or about November 27, 2023 through on or about November 30, 2023, A.P. deposited $5,980 in postal money orders into the Reynolds BOA 3853 Account. On or about November 30, 2023, a victim referred to here by the initials "D.S.," whose identity is known to the Grand Jury, deposited $1,700 in postal money orders into the Reynolds BOA 3853 Account. On or about November 28, 2023 and December 1, 2023, $2,800 and $3,800, respectively, were wired from the Reynolds BOA 3853 Account to CHEVERS.

    b. On or about October 22, 2024, C.S. deposited $8,976.41 in the ██████ Account. Following this deposit, there were several withdrawals and debits including:

        i. On or about October 23, 2024, a $2,000 ATM withdrawal in Dania, Florida;

        ii. On or about October 24, 2024, a $570 cash app payment to THOMPSON and a $2,000 ATM withdrawal in Hollywood, Florida; and

19

      iii. On or about October 25, 2024, a $520 cash app payment to THOMPSON and a $4,550.39 wire to CHEVERS for "family support."

c. On or about July 25, 2024, C.S. deposited $25,010.35 in the ███████ Account. Following this deposit, there were several debits to DEFENDANTS and coconspirators, including:

      i. On or about August 5, 2024, $1,620 to ███████

      ii. On or about August 6, 2024, $1,150 to THOMPSON; and

      iii. On or about August 7, 2024, $5,250 to CHEVERS, for "Other/College Tuition."

68. It was further part of the conspiracy, that after victims' Social Security benefits were diverted to Green Dot accounts controlled by DEFENDANTS, DEFENDANTS would withdraw cash from these accounts or use the accounts to pay for personal expenses. For example,

a. Between on or about September 1, 2023 and on or about September 20, 2023, $5,676 in Social Security benefits, including W.H.'s, was directly deposited into the A.P. Green Dot Account. During that timeframe, there were various debits, including Fashion Nova, PlayStation, Apple, and Cash App transactions to a receiver with the display name REYNOLDS.

b. On or about November 8, 2023, approximately $2,608 in Social Security benefits was deposited into the W.H. Green Dot Account. That same day, there was an approximately $500 ATM withdrawal in ███████ and an approximately $2,000 purchase in postal money orders in ███████.

c. On or about November 28, 2023, W.H.'s Social Security benefit of $1,334 was direct deposited into the W.H. Green Dot Account. On or about November 30,

2023, $1,000 was sent via Cash App to a receiver with the display name REYNOLDS.

All in violation of Title 18, United States Code, Section 1956(h).

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY

21